**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SELENA JANAE HUDSON,**

    **Plaintiff,**

**v.**                                         **Case No.  3:25-cv-1854-TKW-ZCB**

**FLORIDA DEPARTMENT OF**
**CHILDREN & FAMILES, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Plaintiff's motion for temporary restraining order/preliminary injunction should be denied because she has not established a likelihood of success on the merits.  Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's "Emergency Motion for Temporary Restraining Order & Preliminary Injunction" (Doc. 11) is DENIED.

3.    This case is returned to the magistrate judge for further pretrial proceedings.

**DONE AND ORDERED** this 2nd day of February, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**